IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3014 |
| vs. | |
| | MEMORANDUM AND ORDER |
| MYKAEL THOMAS PIERCE, | |
| Defendant. | |

This matter is before the Court on the defendant's notice of appeal of detention order (filing 28), appealing the Magistrate Judge's detention order (filing 15), as well as the Magistrate Judge's order (filing 27) denying the defendant's motion for detention hearing (filing 25).

The defendant requested a hearing on his appeal. Filing 28. The Court instructed the defendant to make a summary showing of any additional evidence not available to be presented to the Magistrate Judge, or a summary showing of any other good cause. The defendant has not made such a showing. Thus, pursuant to NECrimR 46.2(c), no hearing is necessary, and the Court will review the Magistrate Judge's detention order de novo, on the record made before the Magistrate Judge.

Based on a de novo review of the record made before the Magistrate Judge, the Court concludes that the defendant should be detained pending trial, for the reasons stated in the Magistrate Judge's detention order (filing 15) and order denying the defendant's motion for detention hearing (filing 27).

IT IS ORDERED:

1.    The defendant's appeal of detention order (filing 28) is denied.

Dated this 19th day of July, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge