IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MYKAEL THOMAS PIERCE,<br><br>    Defendant. | 4:16CR3014<br><br>**ORDER** |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 11:00 a.m. on August 12, 2022

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:
   a. The defendant must participate in an approved program for domestic violence.
   b. The defendant is not to have **any** contact with the victim in this case.
   c. The defendant shall be placed on SoberLink2 Alcohol Monitoring for a period of 180 days. SoberLink2 monitoring shall commence according to a schedule arranged by the U.S. Probation Office. While in the program, the defendant will carry a portable breath testing device and provide breath tests when prompted, via text, by the device. The participant agrees to keep the equipment fully charged. The participant shall also be responsible for the costs of the testing program.

May 10, 2022.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge