IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MYKAEL THOMAS PIERCE,<br><br>               Defendant. | 4:16CR3014<br><br>**DETENTION ORDER** |

      The defendant was afforded an opportunity for a hearing, but after discussion, agreed to be detained without a hearing. The defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the allegations within the Petition.

IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

July 6, 2022.

                                                   BY THE COURT:

                                                   *s/ Cheryl R. Zwart*
                                                   United States Magistrate Judge